UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 17-CV-62499-WPD

UNITED STATES OF AMERICA, *ex rel.*
 Joanne Hatton, and JOANNE HATTON,
individually,

       Plaintiffs,
v.

PHYSICIAN CHOICE PHARMACY LLC,
JASON GRAMA, and SAAD HADDAD,

       Defendants.
_____/

## SEALED ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to File Complaint under Seal [DE 2], filed herein on December 19, 2017. The Court has carefully considered the Motion [DE 2] and is otherwise fully advised in the premises.

The False Claims Act, 31 U.S.C. § 3730(b)(2) states that a *qui tam* Complaint under the Act must be filed in camera and remain under seal for at least 60 days, and may not be served on the defendant until the Court so orders. The Court finds this statute applicable to this action. The Court expects Plaintiff to cooperate in an expeditious manner in order to allow the government to intervene if it so desires.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion [DE 2] is **GRANTED.** Plaintiff is required to file a status report on or before **March 22, 2018** describing the status of this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 22nd day of December, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All Counsel of Record