UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62499-CIV-DIMITROULEAS

UNITED STATES ex rel. JOANNE
HATTON,

      Plaintiffs,

v.

PHYSICIAN CHOICE PHARMACY
LLC, JASON GRAMA, and SAAD
HADDAD,

      Defendants.
_____/

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendant by the relator;

2. this Order and the Government's Notice of Election to Decline Intervention also be unsealed;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5. the parties shall serve all notices of appeal upon the United States;

    6. all orders of this Court shall be sent to the United States; and that

    7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 21 day of February, 2018.

_____
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Cc: Counsel of record