**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* Joanne Hatton, and **JOANNE HATTON,** individually, <br><br>         Plaintiffs, <br>   v. <br><br> **PHYSICIAN CHOICE PHARMACY LLC, JASON GRAMA,** and **SAAD HADDAD**, <br><br>        Defendants. | **Case No.: 17-62499-CIV-DIMITROULEAS** |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

This Notice of Voluntary Dismissal is respectfully submitted by Plaintiff and Relator Joanne Hatton, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Plaintiff requests that the Complaint filed by Plaintiff, and all claims before the Court, should be immediately dismissed in its entirety with prejudice.

Respectfully submitted,

**JTB LAW GROUP, LLC**
*/s/ Jason T. Brown*
Jason T. Brown
 (pro hac vice application forthcoming)
155 2nd Street, Suite 4
Jersey City, NJ 07302
(877) 561-0000 (office)
(855) 582-5297 (fax)
jtb@jtblawgroup.com

**THE TALARCHYK FIRM**
*/s/ Tina M. Talarchyk, Esquire*
Tina M. Talarchyk, Esquire
Fla. Bar No. 794872
205 Worth Avenue, Suite 320
Palm Beach, FL 33480
(O) +1.561.899.3333
(F) +1.561.899.3379
tmt@palmbeachbk11.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 16, 2018, I filed a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF System.

*/s/ Tina M. Talarchyk, Esquire*
Tina M. Talarchyk, Esquire
Fla. Bar No. 794872
205 Worth Avenue, Suite 320
Palm Beach, FL 33480
(O) +1.561.899.3333
(F) +1.561.899.3379
tmt@palmbeachbk11.com
