UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 17-CV-62499-WPD

UNITED STATES OF AMERICA, *ex rel.*
 Joanne Hatton, and JOANNE HATTON,
individually,

       Plaintiffs,

v.

PHYSICIAN CHOICE PHARMACY LLC,
JASON GRAMA, and SAAD HADDAD,

       Defendants.
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE 10] (the "Notice"), filed herein on March 16, 2018. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 10] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 16th day of March, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

cc: All Counsel of Record